## In re ARACHNID, INC.

### No. 2011–1431.

United States Court of Appeals, Federal Circuit.

May 9, 2012.

Stephen M. Hankins, Schiff Hardin LLP, of San Francisco, California, argued for appellant. On the brief were James P. Murphy and David Z. Petty, McAndrews Held & Malloy, Ltd. of Chicago, IL.

Frances M. Lynch, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, and Lynne E. Pettigrew, Associate Solicitor.

BRYSON, MAYER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**